IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES SMITH                          :
                                       :    CIVIL ACTION NO.  02-CV-3114
                    Plaintiff,         :
                                       :
      v.                               :
                                       :
BAYER CORPORATION;                     :    ENTRY OF APPEARANCE
BAYER AG;                              :
GLAXOSMITHKLINE, PLC;                  :
GLAXOSMITHKLINE;                       :
SMITHKLINE BEECHAM                     :
                                       :
                    Defendants.        :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

        Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T.

Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a

GlaxoSmithKline.

Respectfully Submitted,


_____          _____
Hope S. Freiwald                          Aline Fairweather


_____          _____
Alison T. Conn                            Kirstin J. Miller


Dated:  July _____, 2002                DECHERT PRICE & RHOADS
                                          4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA  19103-2793
                                          (215) 994-4000